# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

JESSICA CALDERA,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10at034

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

ENTER this   25th   day of   January  ,   2010  .

                                                 /s/ Dennis L. Beck
                                                Signature of Judicial Officer

                                                Dennis L. Beck, U.S. Magistrate Judge
                                                Name and Title of Judicial Officer